UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAXINE DAVIS,

      Plaintiff,

v.

LAW OFFICE OF THOMAS LANDIS,

      Defendant.

USDC Case No._____
State Court Case No.:  GC-10-0730
Hon.  _____

_____

| | |
|---|---|
| BRIAN P. PARKER (P48617) | CHARITY A. OLSON (P68295) |
| Law Offices of Brian P. Parker, P.C. | Law Offices of Charity A. Olson, P.C. |
| Attorney for Plaintiff | Attorney for Defendant |
| 30700 Telegraph Road, Suite 1580 | 22142 West Nine Mile Road |
| Bingham Farms, MI  48025 | Southfield, MI  48033 |
| (248) 642-6268 | (248) 356-4400 |
| lemonlaw@ameritech.net | colson@plunkettcooney.com |

_____

**NOTICE OF REMOVAL TO THE**
**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

      Defendant, Law Offices of Thomas Landis, through its attorney, Charity A. Olson, files this notice of removal pursuant to 28 U.S.C. § 1446 and in support thereof states as follows:

      1.     On or about February 23, 2010, Plaintiff commenced Civil Action No. GC10-0730 in the 46th Judicial District Court for the State of Michigan.  Copies of Plaintiff's Summons and Complaint are attached hereto.  To Defendant's knowledge, this is the only process or pleading that has been served upon Defendant or filed in this action.

2.      This notice of removal is being filed within thirty (30) days of Defendant's receipt of the Complaint by service or otherwise and is, therefore, timely filed pursuant to 28 U.S.C. § 1446 (b).

3.      Plaintiff's Complaint asserts claims arising under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

4.      The above-described action is a civil action of which this Court has federal statutory jurisdiction under the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S.C. § 1446 in that the claims alleged by Plaintiff, in whole or in part, are governed by the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

5.      Written notice of the filing of the within Petition for Removal and Notice of Removal has been served by mail on Plaintiff at the address disclosed in the pleadings and a copy has been forwarded by mail to the Clerk of the Court, 46th Judicial District Court, State of Michigan. **Exhibit A.**

6.      Defendant has good and sufficient defenses to this action.

7.      No previous application for the relief sought herein has been made to this or any other Court.

8.      Now, within thirty (30) days of receipt, by service or otherwise, of the copies of the Summons and Complaint filed in the 46th Judicial District Court, State of Michigan, notice is hereby given in accordance with 28 U.S.C. § 1446 of the removal of this action to this Honorable Court.

Respectfully submitted,

s/ Charity A. Olson
CHARITY A. OLSON (P68295)
Law Offices of Charity A. Olson, P.C.
Attorney for Defendant
22142 West Nine Mile Road
Southfield, MI  48033
(248) 356-4400
April 15, 2010                      colson@plunkettcooney.com

PROOF OF SERVICE

I, Charity A. Olson, hereby certify that on April 15, 2009, a copy of the Notice of Removal of Cause to the United States District
Court for the Eastern District of Michigan, Southern Division, was filed electronically via the Court's ECF system.  Notice of this
filing will be sent to the following parties by enclosing a copy of same in a pre-addressed, pre-stamped envelope and depositing
same in the United States Mail with postage fully paid thereon.

BRIAN P. PARKER, ESQ. (P48617)
Law Offices of Brian P. Parker, P.C.
Attorney for Plaintiff

CLERK OF THE COURT
46th Judicial District Court, State of Michigan

s/ Charity A. Olson
CHARITY A. OLSON (P68295)
Law Offices of Charity A. Olson, P.C.
Attorney for Defendant
22142 West Nine Mile Road
Southfield, MI  48033
(248) 356-4400
April 15, 2010                      colson@plunkettcooney.com

STATE OF MICHIGAN
46th JUDICIAL DISTRICT

SUMMONS AND COMPLAINT

CASE NO.

XRKBB GC10 0730 GC
HON. SUSAN M. MOISEEV

Court Address
26000 Evergreen Road, P.O. Box 2055, Southfield, MI 48076

Court telephone no.
(248) 796-5870

| Plaintiff name(s), address(es) and telephone no(s). | | Defendant name(s), address(es) and telephone no(s). |
|---|---|---|
| **MAXINE DAVIS** | v | LAW OFFICE OF THOMAS LANDIS |
| | | 315 E. Girard Ave. |
| Plaintiff attorney, bar no., address, and telephone no. | | Philadelphia, PA 19092 |
| LAW OFFICES OF BRIAN P. PARKER, P.C. | | |
| BRIAN P. PARKER (P-48617) | | |
| 30700 Telegraph Road, Suite 1580 | | |
| Bingham Farms, MI 48025 | | |
| (248) 642-6268 | | |

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan, you are notified:

1. You are being sued.

2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).

3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| 2-23-10 | 5-25-10 | DONNA BEAUDET/ ATTORNEY TO SERVE |

*This summons is invalid unless served on or before its expiration date.*

xx    There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the Complaint.

__ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____. The docket number and assigned judge are:

| Docket no. | Judge (Name of court) |
|---|---|
| | |

This action __ remains __ is no longer   pending.

| VENUE | |
|---|---|
| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
| See attached Complaint | See attached Complaint |
| Place where action arose or business conducted | |
| See attached Complaint | |

I declare that the complaint information above and attached is true to the best of my information, knowledge and belief.

~~May 1, 2009~~ February 23, 2010

BRIAN P. PARKER (P48617)
Attorney for Plaintiff

COMPLAINT IS STATED ON ATTACHED PAGES. EXHIBITS ARE ATTACHED IF REQUIRED BY COURT RULE.

If you require special accommodations to use the court because of disabilities, please contact the court immediately to make arrangements.

MC 01 (6/96) SUMMONS AND COMPLAINT

MCR 2.102(B)(11), MCR 2.104, MCR 2.107, MCR 2.113(C)(2)(A),(B)

