UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAXINE DAVIS,

        Plaintiff,        CASE NUMBER: 10-11535
                                HONORABLE VICTORIA A. ROBERTS

v.

LAW OFFICE OF THOMAS LANDIS,

        Defendant.
_____/

## ORDER TO SHOW CAUSE

On April 15, 2010, Defendant filed a Notice of Removal in this Court. The Notice of Removal did not contain a copy of all process, pleadings, and orders served upon the defendant, as required by 28 U.S.C. § 1446.

The Court **ORDERS** Defendant to show cause, in writing, within 7 days, why the Court should not remand this action to the 46th Judicial District Court for lack of subject matter jurisdiction.

**IT IS ORDERED**.

                                            S/Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated: April 22, 2010

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on April 22, 2010.

s/Carol A. Pinegar
Deputy Clerk